JACCARD *et al.*, Respondents, v. SHANDS, Appellant.

1. Fraud in the consideration of a negotiable promissory note is no defence to an action thereon by an endorsee to whom the same was endorsed before maturity without notice.

*Appeal from St. Louis Court of Common Pleas.*

*H. N. Hart*, for appellant.

SCOTT, Judge, delivered the opinion of the court.

This is an action on a negotiable promissory note endorsed to the plaintiffs before maturity. The defence is fraud in the consideration, and failure of consideration. Nothing is clearer than that such a defence is wholly inadmissible against the endorsee of a negotiable note, endorsed before maturity. The court very properly overruled the instruction asked by the defendant.

The other judges concurring, the judgment will be affirmed.